UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendoza, Marc | Docket No. | 0980 4:19CR06070-SMJ-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Marc Mendoza, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of December 2019, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Mr. Mendoza is alleged being in violation of his pretrial release conditions by committing criminal damage/deface to property - domestic violence (incident number: 200905030) in Tolleson, Arizona, on September 5, 2020.

Conditions of pretrial release were reviewed by the District of Arizona and signed by Mr. Mendoza on December 26, 2019, acknowledging an understanding of his pretrial release conditions including standard condition number 1.

On September 25, 2020, this officer was notified by United States Pretrial Officer (USPO) Chavez in the District of Arizona that on September 5, 2020, Mr. Chavez was charged with criminal damage to property/deface to property - domestic violence (incident number: 200905030). Per USPO Chavez, Mr. Mendoza failed to notify him of this new charge and law enforcement contact.

On September 30, 2020, this officer received the police report from Tolleson Police Department. According to the police report, officers were called to Mr. Mendoza's grandmother's house where he resides. Per USPO Chavez, Mr. Mendoza's girlfriend also resides there. As stated in the police report, when Mr. Mendoza arrived home on September 5, 2020, his girlfriend was packing her things to leave the residence. Upon entering the home, Mr. Mendoza began yelling at his girlfriend, he became aggressive and "snatched" her cellular phone from her hands and threw it on the ground. According to the girlfriend, before she could pick it up, he grabbed it and threw it over a block wall into the parking lot adjacent to their residence. Per the police report, Mr. Mendoza admitted to throwing his girlfriends cellular phone and breaking it as he was upset she was talking to another male. This case is currently pending.

Violation #2: Mr. Mendoza is alleged being in violation of his pretrial release conditions by consuming a controlled substance, cocaine on September 21, 2020.

Conditions of pretrial release were reviewed by the District of Arizona and signed by Mr. Mendoza on December 26, 2019, acknowledging an understanding of his pretrial release conditions including standard condition number 9.

On September 24, 2020, this officer received a voice mail from an officer with Phoenix police department advising they had conducted a traffic stop on Mr. Mendoza and his passenger was arrested for being in possession of a firearm. Per the officer, Mr. Mendoza was driving the vehicle, however was unable to provide any identification. Mr. Mendoza was asked to step out of the vehicle and was temporarily detained for failing to provide identification. The officer stated upon contact with the

**Re: Mendoza, Marc**
**September 28, 2020**
**Page 2**

vehicle and Mr. Mendoza, he located an M30 pill (Fentanyl) between the driver's side seat and door. According to the officer, the vehicle belonged to Mr. Mendoza's passenger who was subsequently arrested for felon in possession of a firearm. Mr. Mendoza denied the M30 pill was his and was released from the scene with the vehicle.

Due to the above incident, this officer contacted USPO Chavez and requested a random urine sample be collected from Mr. Mendoza. Per USPO Chavez, Mr. Mendoza reported to their office on September 25, 2020, and admitted to consuming cocaine on September 21, 2020. He signed a drug use admission form admitting to the cocaine use.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 1, 2020

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

10/2/2020

Date